The People of the State of New York, Respondent, v. Raymond Vernum, Appellant.— *Per Curiam.*

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.